# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1496
Lower Tribunal No. 2025-CF-001052-A-O

_____

LUV GABRIEL WROTEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
John E. Jordan, Judge.

April 14, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and PRATT, JJ., concur.


Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED